## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JAMES HORVATH**                                                                **PLAINTIFF**

**v.**                                         **4:07CV00270 WRW**

**DON BOURNE, et al.**                                                           **DEFENDANTS**

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this decision is not in good faith.

IT IS SO ADJUDGED this 3rd day of April, 2007.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com